IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ALFREDA HOSKINS**                                                  **PLAINTIFF**

vs.                                                Civil Action No. 3:07-cv-658 HTW-LRA

**INTERSTATE CONNECTIONS, LLC**                          **DEFENDANT**

## AGREED ORDER OF DISMISSAL

This cause is before the court on the request of the parties for dismissal with prejudice of plaintiff's claims against Interstate Connections, LLC ("Interstate"). The court, having considered the request and the agreement of the parties, and finding that the parties have resolved their differences, finds that the request is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of the plaintiff against Interstate be, and they are hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED, this the 25th day of April, 2008.**

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| _____ | _____ |
| Andrew Frisch, Esq. | Paula Graves Ardelean, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| Morgan and Morgan | Butler, Snow, O'Mara, Stevens & |
| 7450 Griffin Road, Suite 230 | Cannada, PLLC |
| Davie, Florida 33324 | 210 East Capitol Street, Suite 1700 |
| | Jackson, MS 39201 |